**FILED**

9:51 am, Oct 19, 2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RAS
F. #2020R00931

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JERMAINE TAYLOR,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. 1:21-cr-00537(PKC)(TAM)

    PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant JERMAINE TAYLOR's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           October 19, 2021

                                          BREON PEACE
                                          United States Attorney
                                          Eastern District of New York
                                          Attorney for Plaintiff
                                          271 Cadman Plaza East
                                          Brooklyn, New York 11201

                              By:    */s/ Rachel Shanies*
                                          Rachel A. Shanies
                                          Assistant United States Attorney
                                          (718) 254-6140

Cc:    Clerk of the Court
        James Darrow, Esq.